Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
Main: (212) 353-8700
Fax: (212) 353-1708
Email: arozynski@eandblaw.com
Attorneys for Plaintiff RONALD LOCKHART

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD LOCKHART, | ) Case No. 2:18-cv-05722-R-ARG |
| Plaintiff, | ) |
| | ) Hon. R. Gary Klausner Presiding |
| vs. | ) |
| | ) |
| ABCO TECHNOLOGY | ) **PLAINTIFF'S PROPOSED VOIR** |
| CORPORATION, | ) **DIRE QUESTIONS** |
| | ) |
| Defendant. | ) |
| | ) Final Pre-Trial Conference: 9/23/2019 |
| | ) Time: 11:00 a.m. |
| | ) Courtroom: 880 |
| | ) |
| | ) Trial Date: 10/22/2019 |

In accordance with the Court's Jury Civil Trial Order, Plaintiff submits the following voir dire questions:

1. Do you have any concerns regarding lawsuits?

2. Do you have any beliefs about lawsuits and personal responsibility?

3. Do you have any concerns about the awarding of damages for mental anguish?

4. Do you have any concerns about the size of jury verdicts?

5. Do you have any significant experiences with or opinions laws requiring accommodations for people with disabilities?

1

*Ronald Lockhart v. ABCO Technology Corporation*
PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

6. Do you have any significant experiences with or opinions about the Americans with Disabilities Act in particular?

7. Were you born in another country? If so, what country and how old were you when you immigrated?

8. Do you think that deaf people can drive?

9. Do you think that American Sign Language is a gestured form of English?

10. Do you think that American Sign Language is a real language?

11. Do you have any issues with businesses being required to provide accommodations to disabled members of the public?

Dated: September 16, 2019

Andrew Rozynski
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708
arozynski@eandblaw.com
*Attorneys for Plaintiff*

*Ronald Lockhart v. ABCO Technology Corporation*
PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS