# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RONALD LOCKHART,

      *Plaintiff*,

v.

ABCO TECHNOLOGY CORPORATION,

      *Defendant*.

Case No. 2:18-cv-05722-R-ARG

**ORDER RE JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that Plaintiff Ronald Lockhart dismissed this lawsuit against Defendant ABCO Technology Corporation, by and through their attorneys of record, as the parties have settled the matter. Therefore this action is dismissed in its entirety, with prejudice, and without costs to either party, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii);

The Court will retain jurisdiction over the above-referenced action to enforce the settlement agreement, if necessary.

Dated: October 4, 2019

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Approved as to form and content.

                         EISENBERG & BAUM, LLP

                         By: /s/ Andrew Rozynski
                             Andrew Rozynski, Esq.
                             Attorneys for Plaintiff
                             RONALD LOCKHART

                         LAW OFFICES OF ALBERT CHANG

                         By: /s/ Hyunsuk A. Chang
                             Hyunsuk Albert Chang, Esq.
                             Attorneys for Defendant
                             ABCO TECHNOLOGY, INC.